No. 05–6876. OWEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6901. FORD v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–6927. SMITH v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 05–6938. FERGUSON v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 05–6939. PRASERTPHONG v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 05–6940. MURPHY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–6944. VENEGAS v. MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6948. MORROW v. MICHIGAN. Cir. Ct. Jackson County, Mich. Certiorari denied.

No. 05–6952. KERAK v. KERAK. Super. Ct. Pa. Certiorari denied.

No. 05–6954. JAMES v. JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–6959. ASGARI v. SULLIVAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6960. BRANCH v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–6961. BURGIN v. CULLIVER, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.